# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

| | |
|---|---|
| Judge: William Alsup | Time in Court: 17 minutes |
| Date: October 23, 2019 | |
| Case No. 19-cr-00552-WHA-1 | |

**United States of America** v. **Shariq Shahab Hashme**

Defendant
☒ Present
☐ Not Present
☐ In Custody

U.S. Attorney
Eric Cheng

Defense Counsel
Brian Klein

Deputy Clerk: Theresa Hoang

Reporter: Belle Ball

## *PROCEEDINGS*

REASON FOR HEARING: Change of Plea - HELD

RESULT OF HEARING: Defendant sworn. Plea agreement executed in open court. The Court accepts guilty plea entered as to Count 1 of Information. Matter is referred to Probation for PSR

CONTINUED TO: **February 18, 2020 at 2:00 pm** for Sentencing

1